RICHARD V. HANDABAKA v. CITY OF PATERSON.

July 11, 1978. Petition for certification denied.

CITY OF TRENTON v. STATE OF NEW JERSEY, DEPART-
MENT OF ENVIRONMENTAL PROTECTION.

July 11, 1978. Petition for certification denied.

DWIGHT VAN HORN v.
CITY OF TRENTON.

July 11, 1978. Petition for certification granted. (See
159 *N. J. Super.* 115)

MARIE ANDERSON v. HAROLD SOMBERG AND THE LAW-
TON INSTRUMENT COMPANY, INC.

July 11, 1978. Petition for certification denied. (See
158 *N. J. Super.* 384)

WOODROW PAIR v. ALVIN BLAKLY.

July 11, 1978. Petition for certification denied. (See
160 *N. J. Super.* 14)